IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PERRY L. TATMON, | ) ) ) |
| Plaintiff, | ) Case No. 1:08-cv-00695-BLW-MHW ) |
| v. | ) **ORDER** ) ) |
| JAMES D. HARTLEY, *et al.*, | ) ) |
| Defendants. | ) ) |

Plaintiff's Request for Subpoenas (Docket No. 89) is DENIED without prejudice. As set forth in the Amended Scheduling Order (Docket No. 78), in addition to the names and addresses, Plaintiff must submit the type of information sought from each person or entity to be subpoenaed, and Plaintiff must explain the relevance of the items requested to his claims. The Court will then determine whether the subpoenas should issue. Additionally, pursuant to Rule 30(a)(2)(A)(i), a plaintiff must receive leave of the court to take more than ten depositions. The Court also orders the parties to engage in a meet and

confer regarding Plaintiff's request. If the parties cannot come to an agreement, Plaintiff may refile his request for subpoenas and state what information is sought and how it is relevant and if the number of depositions exceeds ten, Plaintiff must seek leave from the Court.

Additionally, if Plaintiff wishes to take depositions, he must file a motion requesting permission to do so, specifically showing his ability to comply with the applicable Federal Rules of Civil Procedure by providing the names of the proposed persons to be deposed, the name and address of the court reporter who will take the deposition, the estimated cost for the court reporter's time and the recording, and the sources of funds for payment of the cost.



DATED: February 9, 2010

Honorable Mikel H. Williams
United States Magistrate Judge