IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| PERRY L. TATMON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES D. HARTLEY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:08-cv-00695-BLW-MHW<br><br>**ORDER** |

On March 1, 2010, Plaintiff filed a request for 36 subpoenas to issue 45 days prior to trial (Docket No. 94). IT IS HEREBY ORDERED that Plaintiff's request is DENIED without prejudice. Plaintiff's request for subpoenas appear to be for the purpose of commanding certain witnesses to appear at trial. The request is premature because a motion for summary judgment is pending that may dispose of the case prior to trial. Plaintiff may renew these requests by resubmitting the requests sixty days prior to a trial date.

DATED: June 9, 2010

Honorable Mikel H. Williams
United States Magistrate Judge

Order - Page 1