IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PERRY L. TATMON,<br><br>           Plaintiff,<br><br>    v.<br><br>JAMES D. HARTLEY, et al.,<br><br>           Defendants. | Case No. 1:08-CV-00695-BLW-MHW<br><br>**JUDGMENT** |

   In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice in its entirety. Additionally, this case is hereby ordered closed.

DATED:  **March 17, 2011**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT - 1